# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTH TOKEN LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHINA UNIONPAY (USA), LLC,<br><br>    Defendant. | Civil Action No.: 1:21-cv-01216-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Auth Token LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant China Unionpay (USA), LLC have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until November 29, 2021.

Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: October 29, 2021           Respectfully submitted,

/s/David W. deBruin
David W. deBruin (#4846)
Gawthrop Greeenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

Howard L. Wernow (*Pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
4940 Munson St NW Ste 1100
Canton, OH 44718-3684
330-244-1174

2

SO ORDERED this ___1st___ day of ~~October~~ November 2021.

_____
UNITED STATES DISTRICT JUDGE